IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION AT DAYTON

MARK FINLEY,

        Plaintiff, : Case No. 3:12-cv-242

  - vs - : District Judge Thomas M. Rose

                                               Magistrate Judge Michael R. Merz

MONTGOMERY COUNTY :

PROBATION DEPARTMENT, et al.,

                               :

        Defendants.

                               :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #2), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the complaint is DISMISSED without prejudice and this case is TERMINATED on the docket of this Court.

August 14, 2012.                              *S/THOMAS M. ROSE
                                              _____
                                                     Thomas M. Rose
                                                     United States District Judge